**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

FILED

2025 JUN 20  PM 3:32

CLERK US DISTRICT COURT

CR

JOHN JOHNSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 1:25 CV00950 RP

COMPLAINT FOR REPARATIONS AND CIVIL RIGHTS VIOLATIONS

Plaintiff, John Johnson, residing at 1903 David Street, Austin, Texas 78705, respectfully files this Complaint against the United States of America and states as follows:

INTRODUCTION

1. This is a civil action seeking reparative justice for over 400 years of slavery, systemic torture, racial discrimination, and economic exploitation inflicted upon the Plaintiff and his ancestors by the government and institutions of the United States.

2. The Plaintiff brings this action under the U.S. Constitution, federal civil rights statutes, and international human rights principles to demand justice, acknowledgment, and compensation for the egregious and ongoing harm.

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and § 1343 as this case arises under the Constitution and laws of the United States.

4. Venue is proper in this district under 28 U.S.C. § 1391 because the Plaintiff resides in the Western District of Texas.

FACTUAL ALLEGATIONS

5. For over 400 years, African people and their descendants were forcibly taken, enslaved, tortured, raped, and forced to work without pay under the sanction of U.S. laws and institutions.

6. After the formal end of slavery, the federal government failed to provide promised reparations such as the widely publicized promise of '40 acres and a mule.'

7. The effects of slavery, systemic racism, and economic deprivation continue to harm the Plaintiff individually through generational poverty, loss of opportunity, psychological trauma, and denial of equal protection under the law.

CLAIMS FOR RELIEF

8. The United States government violated the Thirteenth and Fourteenth Amendments by failing to redress the legacies of slavery and systemic racism.

9. The government's continued failure to provide any reparative justice or economic restitution constitutes a violation of human dignity and civil rights.

PRAYER FOR RELIEF

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

WHEREFORE, Plaintiff John Johnson respectfully requests that this Court:

a. Acknowledge the federal government's role in perpetuating slavery and systemic racial abuse;

b. Order the creation of a reparations fund or program to compensate affected individuals;

c. Award compensatory and punitive damages in an amount deemed just by this Court;

d. Grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

John Johnson

1903 David Street

Austin, Texas 78705

Email: JJBrucelee7@gmail.com

Phone: 832-690-0087

Date: June 20, 2025

Plaintiff, Pro Se