IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN HARVEY JOHNSON, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-950-RP |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff John Harvey Johnson's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 16). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on August 4, 2025. (*Id.*). As of the date of this order, Plaintiff has not filed objections to the report and recommendation.[1]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

[1] After the report and recommendation was filed, Plaintiff filed two documents: (1) motion to appoint counsel, (Dkt. 18), and (2) affidavit of indigency, (Dkt. 19). The Court considered both documents and denied his motion to appoint counsel. (Text Order 8/21/25). Neither submission could be reasonably construed as objections to the report and recommendation.

Because Plaintiff has not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 16), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the following motions are **DENIED**:

(1)  Motion for individual reparations, (Dkt. 3);

(2)  Motion for individual reparations, (Dkt. 5);

(3)  Motion for Declaratory Judgment, (Dkt. 7);

(4)  Motion to Recognize and Enforce Reparations, (Dkt. 8); and

(5)  Motion to Recognize Precedent for Government-Funded Reparations, (Dkt. 10).

**IT IS FURTHER ORDERED** that Plaintiff is warned that if he continues to file frivolous lawsuits in this Court, the Court may impose monetary sanctions and bar him from filing future lawsuits.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on October 28, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE